**In re Ishmael B. TAYLOR, Petitioner.**

**No. 12–2131.**

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P. May 17, 2012.

Opinion Filed: May 9, 2013.

Ishmael B. Taylor, Graterford, PA, pro se.

Jonathan H. Kurland, Esq., Alisa R. Hobart, Esq., Berks County Office of District Attorney, Reading, PA, for Defendant–Respondent.

Before: McKEE, Chief Judge, ALDISERT and GARTH, Circuit Judges.

---

## OPINION

PER CURIAM.

In April 2012, Ishmael B. Taylor filed this *pro se* mandamus petition requesting that we order the District Court to act on his 28 U.S.C. § 2254 petition. Taylor's § 2254 habeas petition, filed in December 2007, had been ripe for disposition since October 2008. However, on May 25, 2012, the District Court dismissed the petition in its entirety. Because Taylor has now received the relief he sought—District Court action on his § 2254 petition—we will deny his mandamus petition as moot.